UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>AMERICAN RENOVATION CENTER INC.<br>9245 JELLICO AVE.<br>NORTHRIDGE, CA 91325<br><br>Et. Al.<br>       Defendants. | Civil Action<br>No. 18-2069<br><br><br><br>Jury Trial Demanded |

FILED
MAY 30 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### PROPOSED ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: 5.30.18

_____
Hon. Wendy Beetlestone, J.